## Stone *vs.* Martin.

*Final* process (e. g. a *ca. sa.*) returnable on Sunday, or out of term, is amendable. But *mesne* process against the person returnable out of term is void    *Per* Bronson, C. J.

The plaintiff was nonsuited on the trial of an action of eject-ment: he made a bill of exceptions which was settled and signed; but not having obtained an order to stay proceedings, the defendant perfected a judgment for costs. An alias *ca. sa.* was issued on the judgment to the sheriff of Oswego, tested the first Monday, and made returnable the eleventh day of January last, which was *Sunday.* The defendant's attorney fell into the error by consulting a counting house almanac in which the eleventh day of January was put down as being *Saturday.* The plaintiff was arrested on the *ca. sa.,* and gave bail for the jail limits.

*A. Taber,* for the plaintiff, moved to set aside the *ca. sa.* for irregularity, and that the plaintiff be discharged out of custody. He said that the writ, being returnable on Sunday, was void, and was not amendable. He cited *Grah. Pr.* 118; 2 *R. S.* 424, §§ 1 *to* 3; 20 *John.* 140; 3 *East,* 155; 4 *Cowen,* 49.

*R. W. Peckham,* for the defendant, cited 6 *Cowen,* 50.

*By the Court,* Bronson, Ch. J.    The writ was irregular in consequence of the mistake in the return day; but it is amend-able. The distinction is between mesne and final process. Mesne process against the body, returnable out of term, is void, and cannot be amended. (*Miller* v. *Gregory,* 4 *Cowen,* 504. *And see Chandler* v. *Brecknell, id.* 49.) But final pro-cess against the body, returnable out of term, is voidable only, and may be amended. (*Cramer* v. *Van Allstyne,* 9 *John.* 386.) The legislature has made the same distinction. (2 *R. S.* 424, § 1 *to* 3.) If there were nothing else in the case, the defendant would be allowed to amend on payment of the costs of the motion.

But the plaintiff wants relief; and on grounds which it is unnecessary to mention, the *ca. sa.* will be set aside, and the limit bond ordered to be given up, on the plaintiff's stipulating not to bring any action; and the costs of the motion will be left to abide the event of the suit.

Ordered accordingly